1036

No. 730. HILL v. CALIFORNIA. Sup. Ct. Cal. [Certiorari granted, *ante*, p. 818.] Motion of *Keith C. Monroe, pro se,* for leave to file a brief as *amicus curiae* granted.

No. 156, Misc. WILLIAMS v. ILLINOIS. Appeal from Sup. Ct. Ill. Motion for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted and case transferred to appellate docket. *Jack Greenberg, Michael Meltsner,* and *Stanley A. Bass* for appellant. *William J. Scott,* Attorney General of Illinois, and *James R. Thompson* and *Joel M. Flaum,* Assistant Attorneys General, for appellee.

No. 655. MULLOY v. UNITED STATES. C. A. 6th Cir. Certiorari granted. *Robert Allen Sedler* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Philip R. Monahan* for the United States.

No. 125. MARTIN MARIETTA CORP. v. FEDER ET AL. C. A. 2d Cir. Certiorari denied. *Samuel E. Gates, Cecil Wray, Jr.,* and *Clark C. Vogel* for petitioner. *Mordecai Rosenfeld* for Feder and *Charles Pickett* and *Edward C. McLean, Jr.,* for Sperry Rand Corp., respondents. *Solicitor General Griswold, Lawrence G. Wallace, Philip A. Loomis, Jr., David Ferber,* and *Paul Gonson* filed a memorandum for the United States, by invitation of the Court, *ante,* p. 808, in opposition.